JUDGE DAVID BRIONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

MAY 5 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-21-CR- |
|---|---|---|
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| | § | |
| | § | **CT 1:** 21:963-Conspiracy to Import a |
| v. | § | Controlled Substance; |
| | § | **CT 2:** 21:846 & 841(a)(1)-Conspiracy to |
| | § | Possess a Controlled Substance with Intent |
| | § | to Distribute; |
| **CHRISHAWN NEZ (1),** | § | **CT 3:** 21:952(a) & 18:2 - Importation of a |
| **ALEX BARRAZA (2),** | § | Controlled Substance; |
| **STEVEN RENTERIA (3), and** | § | **CT 4:** 21:841(a)(1) & 18:2 - Possession |
| **YVETTE MARGARITA BARRAZA (4),** | § | with Intent to Distribute a Controlled |
| | § | Substance; |
| Defendants. | § | |
| | § | |

**EP21CR0725**

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
(21 U.S.C. § 963, 952(a) & 960(a)(1))

That on or about April 1, 2020 through and including April 9, 2021, in the Western District of Texas, Defendants,

**CHRISHAWN NEZ (1),
ALEX BARRAZA (2),
STEVEN RENTERIA (3) and
YVETTE MARGARITA BARRAZA (4),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

Rev. 2016-12-20

The quantity of methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| CHRISHAWN NEZ (1) | 50 grams or more of methamphetamine | 960(b)(1)(H) |
| ALEX BARRAZA (2) | 50 grams or more of methamphetamine | 960(b)(1)(H) |
| STEVEN RENTERIA (3) | 50 grams or more of methamphetamine | 960(b)(1)(H) |
| YVETTE MARGARITA BARRAZA (4) | 50 grams or more of methamphetamine | 960(b)(1)(H) |

All in violation of Title 21, United States Code, Section 963.

## COUNT TWO
(21 U.S.C. §§ 846 & 841(a)(1))

That on or about April 1, 2020 through and including April 9, 2021, in the Western District of Texas, Defendants,

**CHRISHAWN NEZ (1),**
**ALEX BARRAZA (2),**
**STEVEN RENTERIA (3), and**
**YVETTE MARGARITA BARRAZA (4),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| CHRISHAWN NEZ (1) | 50 grams or more of methamphetamine | 841(b)(1)(A)(viii) |
| ALEX BARRAZA (2) | 50 grams or more of methamphetamine | 841(b)(1)(A)(viii) |
| STEVEN RENTERIA (3) | 50 grams or more of methamphetamine | 841(b)(1)(A)(viii) |
| YVETTE MARGARITA BARRAZA (4) | 50 grams or more of methamphetamine | 841(b)(1)(A)(viii) |

All in violation of Title 21, United States Code, Section 846.

**COUNT THREE**
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(1)(H) & 18 U.S.C. § 2)

That on or about April 9, 2021, in the Western District of Texas, Defendants,

**CHRISHAWN NEZ (1),
ALEX BARRAZA (2),
STEVEN RENTERIA (3), and
YVETTE MARGARITA BARRAZA (4),**

knowingly and intentionally imported into the United States from Mexico a controlled substance, and aided and abetted the same, which offense involved 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H)) and Title 18, United States Code, Section 2.

## COUNT FOUR
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii) & 18 U.S.C. § 2)

That on or about April 9, 2021, in the Western District of Texas, Defendants,

**CHRISHAWN NEZ (1),**
**ALEX BARRAZA (2),**
**STEVEN RENTERIA (3), and**
**YVETTE MARGARITA BARRAZA (4),**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the same, which offense involved 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney

Rev. 2016-12-20